

FILED
Jun 18 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ roiannb   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>DAVID BAHR,<br><br>              Defendant. | Case No. '13 CR2198 LAB<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1349 – Conspiracy to Commit Securities Fraud |

The United States Attorney charges:

1. Beginning on a date unknown and continuing thereafter through December 19, 2012, in the Southern District of California and elsewhere, defendant DAVID BAHR did knowingly and intentionally combine, conspire and agree with others known and unknown to commit securities fraud, in violation of Title 18, United States Code, Section 1348.

2. It was the purpose and object of the conspiracy to defraud a person in connection with a security of an issuer with a class of securities registered under section 12 of the Securities and Exchange Act of 1934 and that is required to file reports under section 15(d) of the Securities and Exchange Act of 1934.

1  All in violation of Title 18 United States Code,
2  Section 1349.

3  DATED: 6/18/2013 .
4     LAURA E. DUFFY
      United States Attorney
5
6            By: /s/ W. Mark Conover
7     W. MARK CONOVER
      Assistant U.S. Attorney