MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USv. David Bahr _____ No. 13cr2198-LAB

The Court finds excludable delay, under the section indicated by check (√),
commenced on __6/18/13__ and ended on __9/3/13__ ; (XK, XII)
_____ and ended on _____ . ( )

3161(h)
___ (1)(A) Exam or hrg for **mental or physical incapacity**
___ (1)(B) State or Federal trials or **other charges pending**
___ (1)(C) **Interlocutory appeals**
___ (1)(D) **Pretrial motions** (from flg to hrg or other prompt dispo)
___ (1)(E) **Transfers from other district** (per FRCrP 20, 21 & 40)
___ (1)(H) **Proceedings under advisement** not to exceed thirty days
___       Misc proc: Parole or prob rev, deportation, **extradition**
___ (1)(F) **Transportation** from another district or to/from examination or
           hospitalization in ten days or less
X   (1)(G) Consideration by Court of **proposed plea agreement**
___ (2)   **Prosecution deferred** by mutual agreement
___ (3)(A)&(B) **Unavailability of defendant** or **essential witness**
___ (4)   Period of **mental or physical incompetence** of defendant to stand trial
___ (5)   **Superseding indictment** and/or new **charges**
___ (6)   **Defendant awaiting trial of co-defendant**, no severance has been granted
___ (7)(A)&(B) **Continuances** granted per (h)(7)-use "T" alone if more than one of the
           reasons below are given in support of continuance
X   (7)(B)(i) 1)Failure to grant a **continuance** in the proceeding would result in a
           a **miscarriage of justice** and the ends of justice outweigh the best
           interest of the public and the defendant in a speedy trial.
           **(Continuance - miscarriage of justice)**
           2)Failure to grant a **continuance** of the trial would result in a
           miscarriage of justice as the defendant has tendered a guilty plea to a
           magistrate judge and is awaiting a determination as to whether the
           plea will be accepted. **(Continuance - tendered a guilty plea)**
___ (7)(B)(ii) 3) **Case** unusual or **complex**
___ (7)(B)(iii) 4) **Indictment** following arrest **cannot be filed** in thirty (30) days
___ (7)(B)(iv) 5) **Continuance** granted in order to obtain or substitute counsel,
           or give reasonable time to prepare **(Continuance re counsel)**
___ 3161(8)(i) Time up to **withdrawal of guilty plea**
___ 18:3161(b) **Grand jury indictment time extended** thirty (30) more days

A C D E F G H J K I M N P R T T1 T2 T3 T4 U W

Date: __6/18/13__                        Judge's Initials: _____