# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER __13CR2198-LAB__
vs )  ABSTRACT OF ORDER
David Bahr )  Booking No. _____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/18/13__ the Court entered the following order:

- ____ Defendant be released from custody.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- __X__ Defendant released on $ __25,000__ bond posted.
- __X__ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- ____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- ____ Case dismissed.
- ____ Case dismissed; charges pending in case no. _____
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- ____ Other. _____

18 USC 1349 Conspiracy to Commit Securities Fraud

__William McCurine, Jr.__
UNITED STATES MAGISTRATE JUDGE
or
W. SAMUEL HAMRICK, JR.  Clerk
by _____ Deputy Clerk
Roi-Ann Bressi

Received _____ DUSM

Crim-9 (Rev 8-11)  ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY